USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CCB, et al.,

                     Plaintiffs,

        - against -

SANDRA ROSENTHAL, et al.

                     Defendants.
------------------------------------------------------------------X

20-CV-6794 (RMB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the January 5, 2021 scheduling conference, the parties will submit by January 13, 2021, a proposed confidentiality protective order for this case as well as a stipulation to use of material from the earlier CB case in this case.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
        January 5, 2021

Copies transmitted this date to all counsel of record.