**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CCB, et al.,

                Plaintiffs,

    -against-

SANDRA ROSENTHAL, et al.,
                Defendants.
------------------------------------------------------------X

       20 CV. 6794 (RMB)

       **ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for

Monday, March 8, 2021 at 9:00 am is being held telephonically pursuant to the CARES Act and

applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in

information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6794

Dated: March 4, 2021
      New York, NY

                _____
                     RICHARD M. BERMAN
                       U.S.D.J.