```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CCB, et al.,
                                                            :
                            Plaintiffs,                     :    20-CV-6794 (RMB) (RWL)
                                                            :
           - against -                                      :    ORDER
                                                            :
SANDRA ROSENTHAL, et al.                                    :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the parties' status report filed March 5, 2021 (Dkt. 48). The letter states that the stipulation to permit discovery from 16-CV-2282 to be used in this case has "not yet been So Ordered." The Court directs the parties to the so-ordered stipulations at Dkts. 42 and 43 in this case, which provide the requisite directives. If the parties have a different stipulation in mind, they shall so notify the Court by March 11, 2021. The Court construes the remainder of the parties' letter to report on the current state of affairs and not request Court intervention on any issue.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 8, 2021

Copies transmitted this date to all counsel of record.