```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CCB, et al.,                                                :
                                                            :    20-CV-6794 (RMB) (RWL)
                        Plaintiffs,                         :
                                                            :
        - against -                                         :    ORDER
                                                            :
SANDRA ROSENTHAL, et al.                                    :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of the parties' recent correspondence, the settlement conference currently scheduled for May 6, 2021 will be adjourned to a new date in consultation with my Deputy Clerk, and the May 6 slot will be converted to discussion of how best to avoid another need for adjournment.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2021
       New York, New York

Copies transmitted this date to all counsel of record.