UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CCB, et al.,

                    Plaintiffs,

- against -

SANDRA ROSENTHAL, et al.

                    Defendants.
-----------------------------------------------------------X

20-CV-6794 (RMB) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the conference held on May 6, 2021, the parties shall cooperate to finalize the correct information to complete all relevant medical/health authorizations. Within three days thereafter, Defendant will serve the authorizations. Defendant shall file a status report regarding responses to the authorizations every 30 days (starting from the date of service) or, if earlier, completion of responses to the authorizations. If at any time Defendant learns of an issue with obtaining the relevant records for which information is needed from Plaintiff, Defendant shall promptly meet and confer with Plaintiff counsel to obtain the requisite information and promptly follow up as necessary.

                                                  SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2021
        New York, New York

Copies transmitted this date to all counsel of record.