UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CCB and RB,
                Plaintiffs,

      - against -

SANDRA ROSENTHAL, et al.,
                Defendants.
------------------------------------------------------------- x

20-CV-6794 (RMB) (RWL)

**ORDER**

      The Court having been advised by the Hon. Robert W. Lehrburger that the above-captioned matter has been settled, IT IS ORDERED that this action is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than **June 2, 2022**, move the Court to reopen the action if the settlement is not consummated. The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court. The case is hereby TERMINATED on the Court's docket.

Dated: New York, New York
       May 3, 2022

                                                                     _____
                                                                     **Richard M. Berman, U.S.D.J.**